# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| KEVIN JONES<br>TDCJ No. 1169005 | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 3:21-CV-1258-S-BT |
| | § | |
| DIRECTOR, TDCJ-CID, et al. | §<br>§ | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 4]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED July 6, 2021.

**UNITED STATES DISTRICT JUDGE**